# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138910

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MELISSA ANN CASTRO-DAVIS,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138910
COA: 281576
Monroe CC: 06-035494-FC

_____/

      On order of the Court, the application for leave to appeal the March 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

0831

_____
Clerk